N.Y.S.D. Case #
11-cv-9436(ALC)

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of October, two thousand and twelve,

_____

Louis Vuitton Malletier, S.A., a Frech Societe Anonyme,

    Plaintiff - Appellant,

v.

Warner Bros. Entertainment Inc., a Delaware corporation,

    Defendant - Appellee.
_____

ORDER
Docket No. 12-2885

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/03/2012__

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/03/2012